IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Southpointe Golf Club, Inc.                          :
                                                     :
                    v.                               :
                                                     :
Board of Supervisors of Cecil Township,              :
and Southpointe Golf Club, Inc.                      :
                                                     :
                    v.                               :          No. 148 C.D. 2020
                                                     :
Zoning Hearing Board of Township                     :
of Cecil                                             :
                                                     :
Appeal of: Southpointe Golf Club, Inc.               :


**PER CURIAM**                            **O R D E R**


NOW, April 12, 2021, having considered Appellee Board of Supervisors of Cecil Township's application for reargument and Appellant's answer in response thereto, the application is denied.